**FILED**
January 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____DM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALBERTO MARTINEZ,<br>　　Plaintiff<br><br>v.<br><br><br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.: 1:20-cv-01175-DAE |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Alberto Martinez, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 14th day of December, 2022.

Dated:　　　January 12, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Alberto Martinez*
　　　　　　　　　　　　　　　　　　　Alberto Martinez, Pro Se Plaintiff
　　　　　　　　　　　　　　　　　　　Email:　almartinez1905@gmail.com
　　　　　　　　　　　　　　　　　　　409 E. 38th St. # 203
　　　　　　　　　　　　　　　　　　　Austin, TX 78705
　　　　　　　　　　　　　　　　　　　Tel. (512) 517-2755

## CERTIFICATE OF SERVICE

      I certify that on January 12, 2023, a true and correct copy of PLAINTIFF'S NOTICE OF APPEAL was served on Todd Dickerson electronically through the electronic filing manager.

/s/ *Alberto Martinez*
Alberto Martinez, Pro Se Plaintiff
Email: almartinez1905@gmail.com
409 E. 38th St. # 203
Austin, TX 78705
Tel. (512) 517-2755