**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALBERTO MARTINEZ,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **NO.  1:20-cv-01175-DAE** |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | |
| *Defendant.* | § | |
| | § | |

---

### DEFENDANT'S OBJECTION TO PLAINTIFF'S WITNESS LIST

---

Defendant University of Texas at Austin ("UT Austin" or "Defendant") objects to and respectfully asks that the Court exclude the witness testimony of Martha G. Gonzalez. Ms. Gonzalez was not disclosed to UT Austin as a person with knowledge in either of Plaintiff's Initial Disclosures or First Supplemental Disclosures.[1] Per the Federal Rules of Evidence, testimony by witnesses not disclosed in discovery is prohibited unless the failure to disclose is substantially justified or harmless. Fed. R. Civ. P. 26(a), 37(c). Thus, Defendant objects to any witness testimony by Martha G. Gonzalez and respectfully requests the Court exclude it. UT Austin further reserves its right to object the admission of any testimony or other exhibit on the basis of relevance, cumulativeness or any other evidentiary objection.

Date: January 14, 2026

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

---

[1] See Ex. A. Plaintiff's Initial Disclosures; Ex. B. Plaintiff's First Supplemental Initial Disclosures.

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Kyle Argenbright*
KYLE ARGENBRIGHT
Texas Bar No. 24104597
Kyle.Argenbright@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548-Capitol Station
Austin, Texas 78711-2548
Ph. (737) 228-7289
FAX: (512) 320-0667


*/s/ Todd Dickerson*
TODD DICKERSON
Attorney-in-Charge
Texas Bar No. 24118368
Todd.Dickerson@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that that on January 14, 2026, I conferred with Plaintiff's counsel about this Objection.

_/s/ Kyle Argenbright_

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record and served via email upon the following:

Robert S. Notzon
THE LAW OFFICE OF ROBERT S. NOTZON
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Robert W. Schmidt
ROBERT W. SCHMIDT LAW FIRM, PLLC
1502 West Avenue
Austin, Texas 78701
bob@robertwschmidt.com

**Counsel for Plaintiff**

_/s/ Kyle Argenbright_